UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY



-------------------------------------------------x
:
MICHELLE MURPHY, on behalf of :
herself and all others similarly situated, :   Civil Action No. 16-2629 (ES) (JAD)
:
          Plaintiff, :   NOTICE OF VOLUNTARY
:   DISMISSAL PURSUANT TO
          v. :   <u>F.R.C.P. 41(a)(1)(A)(i)</u>
:
WAL-MART STORES, INC. and :
WAL-MART.COM USA, LLC, :
:
         Defendants. :
-------------------------------------------------x

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff and her counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants.

Dated: White Plains, New York
       April 18, 2018

                              DENLEA & CARTON LLP

                              By: <u>/s/ Robert J. Berg, Esq.</u>

                              Robert J. Berg, Esq. (RB-8542)
                              Jeffrey I. Carton, Esq.
                              2 Westchester Park Drive, Suite 410
                              White Plains, New York 10604
                              Telephone: (914) 331-0100
                              Facsimile: (914) 331-0105
                              rberg@denleacarton.com
                              jcarton@denleacarton.com

*So Ordered*
*[signature] Esposito, USDJ*
*5/18/18*